NO









NO. 12-09-00416-CV

 

                         IN
THE COURT OF APPEALS

 

            TWELFTH
COURT OF APPEALS DISTRICT

 

                                      TYLER, TEXAS

 

ANDREA TURZA AND

PATRICIA TURZA,                                           '     APPEAL
FROM THE 

APPELLANTS

 

V.                                                                         '     COUNTY COURT
AT LAW NO. 3 

 

JASON CAMPBELL,
INDIVIDUALLY

AND JASON CAMPBELL CUSTOM             '     OF SMITH
COUNTY, TEXAS

HOMES, INC.,

APPELLEES





                                                      MEMORANDUM
OPINION

PER CURIAM

            Appellants,
Andrea Turza and Patricia Turza,  have filed a motion to dismiss this appeal. 
In their motion, they state that they no longer wish to pursue the appeal. 
Because Appellants have met the requirements of Texas Rule of Appellate
Procedure 42.1(a)(1), the motion is granted, and the appeal is dismissed.  

Opinion delivered December 16, 2009.

Panel consisted of
Worthen, C.J., Griffith, J., and Hoyle, J.

 

 

 

 

 

 

 

 

 

 

 

 

 

 

(PUBLISH)